UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

POST TENSION CABLES INC,

          Plaintiff,

v.

ACTUANT CORPORATION,

          Defendant.

No. 2:19-CV-01455-RSL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's Motion for Order of Dismissal (Dkt. 12) is granted and Defendant's Motion to Dismiss (Dkt. 7) is denied as moot. The Complaint is dismissed with prejudice and without costs pursuant to Rule 41(a).

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

Dated this 6th day of December, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1